IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEBRHATO W. TSEHAI,   No. CV 07-03823 CRB,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

ALBERTO R. GONZALEZ,

    Defendant.
_____/

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of defendant.

Dated: July 27, 2007                                        Richard W. Wieking, Clerk

                                                                                                   By: _____
                                                                                                   Deputy Clerk